TROUTMAN PEPPER LOCKE LLP
Kalama M. Lui-Kwan (SBN 242121)
kalama.lui-kwan@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA  94111
Telephone:    415.477.5700

Charles E. Peeler (admitted *pro hac vice*)
charles.peeler@troutman.com
Dominyka Plukaite (admitted *pro hac vice*)
dominyka.plukaite@troutman.com
600 Peachtree Street NE, Suite 3000
Atlanta, GA  30308
Telephone:    404.885.3409

Amy P. Williams (*pro hac vice* forthcoming)
amy.williams@troutman.com
301 S. College Street, 34th Floor
Charlotte, NC  28202
Telephone:    704.998.4102

Attorneys for Defendant
CREDITCORP, a Tennessee corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*ex rel*. RELATOR LLC, a California limited liability company,<br><br>Relator,<br><br>vs.<br><br>WILLIAM ALLAN JONES, an individual; CREDITCORP, a Tennessee corporation; and DOES 1-10,<br><br>Defendants. | Case No. 3:22-cv-03954-LB<br><br>**CREDITCORP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[FED. R. CIV. P. 7.1 & CIVIL L.R. 3-15]**<br><br>Complaint Filed: July 6, 2022<br>Magistrate Judge: Hon. Laurel Beeler |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Creditcorp ("Creditcorp") states that it is a privately held entity. No publicly held corporation owns 10% or more of Creditcorp's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities are known by the undersigned to have (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

- Creditcorp
- Camaro Merger Sub, Inc.
- William Allan Jones
- The United States Small Business Administration

| | |
|---|---|
| Respectfully submitted: | TROUTMAN PEPPER LOCKE |
| DATED: October 2, 2025 | By: /s/ *Kalama M. Lui-Kwan* <br> Kalama M. Lui-Kwan <br> Charles E. Peeler (admitted *pro hac vice*) <br> Dominyka Plukaite (admitted *pro hac vice*) <br> Amy P. Williams (*pro hac vice* forthcoming) <br><br> *Attorneys for Defendant Creditcorp* |